# **Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

March 18, 2024

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

James Booth
C/O Amy McGarry, Esq.
McGarry Law Offices, PA
PO Box 1208
Kennebunk, ME 04043

**Certified Article Number**

9414 7266 9904 2223 5757 66

**SENDER'S RECORD**

### NOTICE OF MORTGAGOR'S RIGHT TO CURE
### THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re: Property Address:  638 Alfred Road, Arundel, ME 04046
    Loan Number: ████████

Dear Mortgagor:

    This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Fay Servicing, LLC, the Mortgagee, Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 and the Owner/Investor, Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

    Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems as nominee for Suntrust Mortgage, Inc. its successors and assigns (if MERs) dated July 16, 2007 and recorded in the York County Registry of Deeds in Book 15210, Page 372. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

**EXHIBIT**
**K**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal and Interest | Taxes and Insurance | Mortgage Insurance | Lien | Payment Due |
|---|---|---|---|---|---|
| October 1, 2014 | $1,549.60 | $851.99 | $1.00 | $0.00 | $2,402.59 |
| November 1, 2014 | $1,549.60 | $851.99 | $1.00 | $0.00 | $2,402.59 |
| December 1, 2014 | $1,549.60 | $851.99 | $1.00 | $0.00 | $2,402.59 |
| January 1, 2015 | $1,549.60 | $851.99 | $1.00 | $0.00 | $2,402.59 |
| February 1, 2015 | $1,549.60 | $851.99 | $1.00 | $0.00 | $2,402.59 |
| March 1, 2015 | $1,549.60 | $375.54 | $509.84 | $15.48 | $2,450.46 |
| April 1, 2015 | $1,549.60 | $375.54 | $509.84 | $15.48 | $2,450.46 |
| May 1, 2015 | $1,549.60 | $375.54 | $509.84 | $15.48 | $2,450.46 |
| June 1, 2015 | $1,549.60 | $375.54 | $509.84 | $15.48 | $2,450.46 |
| July 1, 2015 | $1,549.60 | $375.54 | $509.84 | $15.48 | $2,450.46 |
| August 1, 2015 | $1,549.60 | $375.54 | $509.84 | $15.48 | $2,450.46 |
| September 1, 2015 | $1,549.60 | $375.54 | $509.84 | $15.48 | $2,450.46 |
| October 1, 2015 | $1,549.60 | $375.54 | $509.84 | $15.48 | $2,450.46 |
| November 1, 2015 | $1,549.60 | $375.54 | $509.84 | $15.48 | $2,450.46 |
| December 1, 2015 | $1,549.60 | $375.54 | $509.84 | $15.48 | $2,450.46 |
| January 1, 2016 | $1,549.60 | $375.54 | $509.84 | $15.48 | $2,450.46 |
| February 1, 2016 | $1,549.60 | $375.54 | $509.84 | $15.48 | $2,450.46 |
| March 1, 2016 | $1,549.60 | $375.54 | $509.84 | $15.48 | $2,450.46 |
| April 1, 2016 | $1,549.60 | $375.54 | $509.84 | $15.48 | $2,450.46 |
| May 1, 2016 | $1,549.60 | $375.54 | $509.84 | $15.48 | $2,450.46 |
| June 1, 2016 | $1,549.60 | $375.54 | $509.84 | $15.48 | $2,450.46 |
| July 1, 2016 | $1,549.60 | $375.54 | $509.84 | $15.48 | $2,450.46 |
| August 1, 2016 | $1,549.60 | $375.54 | $509.84 | $15.48 | $2,450.46 |
| September 1, 2016 | $1,549.60 | $375.54 | $509.84 | $15.48 | $2,450.46 |
| October 1, 2016 | $1,549.60 | $375.54 | $509.84 | $15.48 | $2,450.46 |
| November 1, 2016 | $1,549.60 | $375.54 | $509.84 | $15.48 | $2,450.46 |
| December 1, 2016 | $1,549.60 | $375.54 | $509.84 | $15.48 | $2,450.46 |
| January 1, 2017 | $1,549.60 | $375.54 | $509.84 | $15.48 | $2,450.46 |
| February 1, 2017 | $1,549.60 | $375.54 | $509.84 | $15.48 | $2,450.46 |
| March 1, 2017 | $1,549.60 | $375.54 | $509.84 | $15.48 | $2,450.46 |
| April 1, 2017 | $1,549.60 | $209.37 | $509.84 | $0.00 | $2,268.81 |
| May 1, 2017 | $1,549.60 | $355.50 | $509.84 | $0.00 | $2,414.94 |
| June 1, 2017 | $1,549.60 | $355.50 | $509.84 | $0.00 | $2,414.94 |
| July 1, 2017 | $1,549.60 | $355.50 | $509.84 | $0.00 | $2,414.94 |
| August 1, 2017 | $1,549.60 | $355.50 | $509.84 | $0.00 | $2,414.94 |
| September 1, 2017 | $1,549.60 | $355.50 | $509.84 | $0.00 | $2,414.94 |
| October 1, 2017 | $1,549.60 | $355.50 | $509.84 | $0.00 | $2,414.94 |
| November 1, 2017 | $1,549.60 | $355.50 | $509.84 | $0.00 | $2,414.94 |

| | | | | |
|---|---|---|---|---|
| December 1, 2017 | $1,549.60 | $355.50 | $509.84 | $0.00 | $2,414.94 |
| January 1, 2018 | $1,549.60 | $361.57 | $54.24 | $0.00 | $1,965.41 |
| February 1, 2018 | $1,549.60 | $361.57 | $54.24 | $0.00 | $1,965.41 |
| March 1, 2018 | $1,549.60 | $361.57 | $54.24 | $0.00 | $1,965.41 |
| April 1, 2018 | $1,549.60 | $361.57 | $54.24 | $0.00 | $1,965.41 |
| May 1, 2018 | $1,549.60 | $361.57 | $54.24 | $0.00 | $1,965.41 |
| June 1, 2018 | $1,549.60 | $361.57 | $54.24 | $0.00 | $1,965.41 |
| July 1, 2018 | $1,549.60 | $361.57 | $54.24 | $0.00 | $1,965.41 |
| August 1, 2018 | $1,549.60 | $361.57 | $54.24 | $0.00 | $1,965.41 |
| September 1, 2018 | $1,549.60 | $361.57 | $54.24 | $0.00 | $1,965.41 |
| October 1, 2018 | $1,549.60 | $361.57 | $54.24 | $0.00 | $1,965.41 |
| November 1, 2018 | $1,549.60 | $361.57 | $54.24 | $0.00 | $1,965.41 |
| December 1, 2018 | $1,549.60 | $361.57 | $54.24 | $0.00 | $1,965.41 |
| January 1, 2019 | $1,549.60 | $361.57 | $54.24 | $0.00 | $1,965.41 |
| February 1, 2019 | $1,549.60 | $370.04 | $54.24 | $0.00 | $1,973.88 |
| March 1, 2019 | $1,549.60 | $370.04 | $54.24 | $0.00 | $1,973.88 |
| April 1, 2019 | $1,549.60 | $370.04 | $54.24 | $0.00 | $1,973.88 |
| May 1, 2019 | $1,549.60 | $370.04 | $54.24 | $0.00 | $1,973.88 |
| June 1, 2019 | $1,549.60 | $370.04 | $54.24 | $0.00 | $1,973.88 |
| July 1, 2019 | $1,549.60 | $370.04 | $54.24 | $0.00 | $1,973.88 |
| August 1, 2019 | $1,549.60 | $370.04 | $54.24 | $0.00 | $1,973.88 |
| September 1, 2019 | $1,682.87 | $370.04 | $54.24 | $0.00 | $2,107.15 |
| October 1, 2019 | $1,682.87 | $370.04 | $54.24 | $0.00 | $2,107.15 |
| November 1, 2019 | $1,682.87 | $370.04 | $54.24 | $0.00 | $2,107.15 |
| December 1, 2019 | $1,682.87 | $370.04 | $54.24 | $0.00 | $2,107.15 |
| January 1, 2020 | $1,682.87 | $380.02 | $54.24 | $0.00 | $2,117.13 |
| February 1, 2020 | $1,682.87 | $380.02 | $54.24 | $0.00 | $2,117.13 |
| March 1, 2020 | $1,682.87 | $277.77 | $54.24 | $0.00 | $2,014.88 |
| April 1, 2020 | $1,682.87 | $277.77 | $54.24 | $0.00 | $2,014.88 |
| May 1, 2020 | $1,682.87 | $277.77 | $54.24 | $0.00 | $2,014.88 |
| June 1, 2020 | $1,682.87 | $277.77 | $54.24 | $0.00 | $2,014.88 |
| July 1, 2020 | $1,682.87 | $277.77 | $54.24 | $0.00 | $2,014.88 |
| August 1, 2020 | $1,682.87 | $277.77 | $54.24 | $0.00 | $2,014.88 |
| September 1, 2020 | $1,781.88 | $277.77 | $54.24 | $0.00 | $2,113.89 |
| October 1, 2020 | $1,781.88 | $277.77 | $54.24 | $0.00 | $2,113.89 |
| November 1, 2020 | $1,781.88 | $277.77 | $54.24 | $0.00 | $2,113.89 |
| December 1, 2020 | $1,781.88 | $277.77 | $54.24 | $0.00 | $2,113.89 |
| January 1, 2021 | $1,781.88 | $285.55 | $54.24 | $0.00 | $2,121.67 |
| February 1, 2021 | $1,781.88 | $285.55 | $54.24 | $0.00 | $2,121.67 |
| March 1, 2021 | $1,781.88 | $285.55 | $54.24 | $0.00 | $2,121.67 |
| April 1, 2021 | $1,781.88 | $285.55 | $54.24 | $0.00 | $2,121.67 |
| May 1, 2021 | $1,781.88 | $285.55 | $54.24 | $0.00 | $2,121.67 |
| June 1, 2021 | $1,781.88 | $285.55 | $54.24 | $0.00 | $2,121.67 |
| July 1, 2021 | $1,781.88 | $285.55 | $54.24 | $0.00 | $2,121.67 |

| | | | | |
|---|---|---|---|---|
| August 1, 2021 | $1,781.88 | $285.55 | $54.24 | $0.00 | $2,121.67 |
| September 1, 2021 | $1,781.88 | $285.55 | $54.24 | $0.00 | $2,121.67 |
| October 1, 2021 | $1,781.88 | $285.55 | $54.24 | $0.00 | $2,121.67 |
| November 1, 2021 | $1,781.88 | $285.55 | $54.24 | $0.00 | $2,121.67 |
| December 1, 2021 | $1,781.88 | $285.55 | $54.24 | $0.00 | $2,121.67 |
| January 1, 2022 | $1,781.88 | $289.88 | $54.24 | $0.00 | $2,126.00 |
| February 1, 2022 | $1,781.88 | $289.88 | $54.24 | $0.00 | $2,126.00 |
| March 1, 2022 | $1,781.88 | $289.88 | $54.24 | $0.00 | $2,126.00 |
| April 1, 2022 | $1,781.88 | $289.88 | $54.24 | $0.00 | $2,126.00 |
| May 1, 2022 | $1,781.88 | $289.88 | $54.24 | $0.00 | $2,126.00 |
| June 1, 2022 | $1,781.88 | $289.88 | $54.24 | $0.00 | $2,126.00 |
| July 1, 2022 | $1,781.88 | $289.88 | $54.24 | $0.00 | $2,126.00 |
| August 1, 2022 | $1,781.88 | $289.88 | $54.24 | $0.00 | $2,126.00 |
| September 1, 2022 | $1,781.88 | $289.88 | $54.24 | $0.00 | $2,126.00 |
| October 1, 2022 | $1,781.88 | $289.88 | $54.24 | $0.00 | $2,126.00 |
| November 1, 2022 | $1,781.88 | $289.88 | $54.24 | $0.00 | $2,126.00 |
| December 1, 2022 | $1,781.88 | $289.88 | $54.24 | $0.00 | $2,126.00 |
| January 1, 2023 | $1,781.88 | $289.73 | $54.24 | $0.00 | $2,125.85 |
| February 1, 2023 | $1,781.88 | $289.73 | $54.24 | $0.00 | $2,125.85 |
| March 1, 2023 | $1,781.88 | $289.73 | $54.24 | $0.00 | $2,125.85 |
| April 1, 2023 | $1,781.88 | $289.73 | $54.24 | $0.00 | $2,125.85 |
| May 1, 2023 | $1,781.88 | $289.73 | $54.24 | $0.00 | $2,125.85 |
| June 1, 2023 | $1,781.88 | $289.73 | $54.24 | $0.00 | $2,125.85 |
| July 1, 2023 | $1,781.88 | $289.73 | $54.24 | $0.00 | $2,125.85 |
| August 1, 2023 | $1,781.88 | $289.73 | $54.24 | $0.00 | $2,125.85 |
| September 1, 2023 | $1,781.88 | $289.73 | $54.24 | $0.00 | $2,125.85 |
| October 1, 2023 | $1,781.88 | $289.73 | $54.24 | $0.00 | $2,125.85 |
| November 1, 2023 | $1,781.88 | $289.73 | $54.24 | $0.00 | $2,125.85 |
| December 1, 2023 | $1,781.88 | $289.73 | $54.24 | $0.00 | $2,125.85 |
| January 1, 2024 | $1,781.88 | $292.89 | $54.24 | $0.00 | $2,129.01 |
| February 1, 2024 | $1,781.88 | $292.89 | $54.24 | $0.00 | $2,129.01 |
| March 1, 2024 | $1,781.88 | $292.89 | $54.24 | $0.00 | $2,129.01 |
| Accrued Late Charges | | | | | $929.76 |
| **Total Amount Due** | | | | | $251,237.00 |

A portion of the amount due is reasonable interest in the amount of $98,012.02.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $251,237.00 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:  **Fay Servicing, LLC, Payment Processing, 425 S. Financial Place, Suite 2000, Chicago, IL 60605.  Please include the loan number, borrower's name and**

**property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived. To reach a person with authority to modify a mortgage loan, please contact Fay Servicing, LLC at (312) 780-0446 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2, the mortgage servicer, which is Fay Servicing, LLC or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Fay Servicing, LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Fay Servicing, LLC
Loss Mitigation Department/Loan Resolution
425 S. Financial Place
Suite 2000
Chicago, IL 60605
(312) 780-0446

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor

is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Fay Servicing, LLC
Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2

by its attorney

Reneau J. Longoria, Esq.

CB
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

57597

## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone / Toll-Free / Fax Number / Email / Website / Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: **N/A**<br>W: **www.penquis.org**<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: **jason.thomas@ceimaine.org**<br>W: **www.ceimaine.org**<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: **ndigeronimo@avestahousing.org**<br>W: **www.avestahousing.org**<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: **meaghan.arzberger@yccac.org**<br>W: **www.yccac.org**<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: **homequest@community-concepts.org**<br>W: **https://www.ccimaine.org/**<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: **housing@kvcap.org**<br>W: **www.kvcap.org**<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone / Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: **www.moneymanagement.org** | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: **www.penquis.org** | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: **www.community-concepts.org** | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| | | | |
|---|---|---|---|
| Avesta Housing Development Corporation | **Phone: 207-553-7777**<br>**Web: www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone: 800-873-2227**<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone: 800-308-2227**<br>**Web: www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone: 800-542-8227**<br>**Web: www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



**WALZ**
**CERTIFIED**
**MAILER®**

FROM **WALZ**

FORM #45663 VERSION: E0423

Label #1

Label #2

Label #3

James Booth
C/O Amy McGarry, Esq. McGarry Law
Offices, PA
PO Box 1208
Kennebunk, ME 04043

A  FOLD AND TEAR THIS WAY ⟶ OPTIONAL

## U.S. Postal Service®
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9414 7266 9904 2223 5757 66

| | |
|---|---|
| Certified Mail Fee | $ 4.40 |
| Return Receipt (Hardcopy) | $ 3.65 |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ |
| Postage | $ .64 |
| Total Postage and Fees | $ 8.69 |

Postmark
Here

Sent to:
James Booth
C/O Amy McGarry, Esq. McGarry
Law Offices, PA
PO Box 1208
Kennebunk, ME 04043

Reference Information
CB/NS
James Booth
57597

PS Form 3800, Facsimile, July 2015

← TEAR ALONG THIS LINE

B

Label #5 (OPTIONAL)

Label #7 - Certified Mail Article Number

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2223 5757 69

Label #4

FOLD AND TEAR THIS WAY ⟶



**Doonan, Graves & I**
ATTORNEYS AT LAW | EXCEL

100 CUMMINGS CENTER, §
BEVERLY, MASSACHUSET1



9414 7266 9904 2223 5757 66

FIRST-CLASS

US POSTAGE ᴹᴾ PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 008.69⁰

MAR 18 2024

James Booth
C/O Amy McGarry, Esq. McGarry Law
Offices, PA
PO Box 1208
Kennebunk, ME 04043

N5-57597



**Doonan, Graves & Longoria LLC**

ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 01915
02 7H      $ 000.64⁰
0001338074    MAR 18 2024

James Booth
C/O Amy McGarry, Esq. McGarry Law
Offices, PA
PO Box 1208
Kennebunk, ME 04043

NS-57597

 **UNITED STATES**
**POSTAL SERVICE**

### Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing.
This form may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here



**From:**

Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA  01915

**To:**

Postmark Here

James Booth
C/O Amy McGarry, Esq. McGarry Law Offices, PA

PO Box 1208

Kennebunk, ME  04043-0000

PS Form **3817,** April 2007 PSN 7530-02-000-9065

**From:** Nobody
**To:** Sam Manco
**Subject:** Pre-Foreclosure Reporting Form Submission
**Date:** Monday, March 18, 2024 1:29:38 PM

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC
Owner of the mortgage:Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2014-2
What term best describes the owner of the mortgage?:Private mortgage lender
Filer's Email Address:sm@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Fay Servicing, LLC
Loss Mitigation Department/Loan Resolution
425 S. Financial Place
Suite 2000
Chicago, IL 60605
(312) 7 80-0446


-----

Consumer Information

-----

Consumer First name:James
Consumer Middle Initial/Middle Name:
Consumer Last name:Booth
Consumer Suffix:
Property Address line 1:638 Alfred Road
Property Address line 2:
Property Address line 3:
Property Address City/Town:Arundel
Property Address State:
Property Address zip code:04046
Property Address County:York


-----

Notification Details

-----

Date notice was mailed:3/18/2024
Amount needed to cure default:251,237.00
Consumer Address line 1:C/O Amy McGarry, Esq.
Consumer Address line 2:McGarry Law Offices, PA
Consumer Address line 3:PO Box 1208
Consumer Address City/Town:Kennebunk
Consumer Address State:ME
Consumer Address zip code:04043

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC
Owner of the mortgage:Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2014-2
What term best describes the owner of the mortgage?:Private mortgage lender
Filer's Email Address:sm@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Fay Servicing, LLC
Loss Mitigation Department/Loan Resolution
425 S. Financial Place
Suite 2000
Chicago, IL 60605
(312) 7 80-0446


-----

Consumer Information

-----

Consumer First name:James
Consumer Middle Initial/Middle Name:
Consumer Last name:Booth
Consumer Suffix:
Property Address line 1:638 Alfred Road
Property Address line 2:
Property Address line 3:
Property Address City/Town:Arundel
Property Address State:
Property Address zip code:04046
Property Address County:York


-----

Notification Details

-----

Date notice was mailed:3/18/2024
Amount needed to cure default:251,237.00
Consumer Address line 1:243 PO Box
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Saco
Consumer Address State:ME
Consumer Address zip code:04072
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC
Owner of the mortgage:Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2014-2
What term best describes the owner of the mortgage?:Private mortgage lender
Filer's Email Address:sm@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Fay Servicing, LLC
Loss Mitigation Department/Loan Resolution
425 S. Financial Place
Suite 2000
Chicago, IL 60605
(312) 7 80-0446


-----

Consumer Information

-----

Consumer First name:James
Consumer Middle Initial/Middle Name:
Consumer Last name:Booth
Consumer Suffix:
Property Address line 1:638 Alfred Road
Property Address line 2:
Property Address line 3:
Property Address City/Town:Arundel
Property Address State:
Property Address zip code:04046
Property Address County:York


-----

Notification Details

-----

Date notice was mailed:3/17/2024
Amount needed to cure default:251,237.00
Consumer Address line 1:638 Alfred Road
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Arundel
Consumer Address State:ME
Consumer Address zip code:04046

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC
Owner of the mortgage:Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2014-2
What term best describes the owner of the mortgage?:Private mortgage lender
Filer's Email Address:sm@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Fay Servicing, LLC
Loss Mitigation Department/Loan Resolution
425 S. Financial Place
Suite 2000
Chicago, IL 60605
(312) 7 80-0446


-----

Consumer Information

-----


Consumer First name:James
Consumer Middle Initial/Middle Name:
Consumer Last name:Booth
Consumer Suffix:
Property Address line 1:638 Alfred Road
Property Address line 2:
Property Address line 3:
Property Address City/Town:Arundel
Property Address State:
Property Address zip code:04046
Property Address County:York


-----

Notification Details

-----


Date notice was mailed:3/18/2024
Amount needed to cure default:251,237.00
Consumer Address line 1:57 Portland Road S
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Kennebunk
Consumer Address State:ME
Consumer Address zip code:04043
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.