UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2** | CIVIL ACTION NO: 2:24-cv-00164-JAW |
| **Plaintiff** | **PLAINTIFF'S RESPONSE TO MOTION TO SQUASH SUBPOENA** |
| vs. | RE:<br>638 Alfred Road, Arundel, ME 04046 |
| **James W. Booth** | Mortgage:<br>July 16, 2007<br>Book 15210, Page 372, Re-recorded in Book 15485 Page 224 |
| **Defendant** | |

NOW COMES the Plaintiff, Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2, by and through its undersigned counsel, and hereby responds in Opposition to Motion to Squash Subpoena filed on October 24, 225 at ECF Number 41. As grounds therefore Plaintiff states that its Office attempted correspondence with Attorney McGarry on September 16, 2025, October 17, 2025 and served a Subpoena via email, and followed up via email on October 22, 2025. It was only after courtesy attempts to serve the subpoena and request testimony informally we responded to that serve was effectuated on the 24th.  The undersigned would consent to a motion to appear via Zoom and anticipates the scope of testimony to be very limited and for these reasons opposes the Motion to Quash.

Respectfully Submitted,

1

Dated: October 27, 2025              /s/Reneau J. Longoria, Esq.
                                     Reneau J. Longoria, Esq. Bar No. 005746
                                     Attorney for Plaintiff
                                     Doonan, Graves & Longoria, LLC
                                     100 Cummings Center, Suite 303C
                                     Beverly, MA 01915
                                     (978) 921-2670
                                     RJL@dgandl.com

## CERTIFICATE OF SERVICE

    I, Reneau J. Longoria, Esq., hereby certify that on October 27, 2025, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

John Z. Steed, Esq.
Island Justice Law
40 School St.
P.O. Box 771
Stonington, ME 04681

Amy B. McGarry, Esquire
McGarry Law Offices, P.A.
P.O. Box 1208 Kennebunk, ME 04043
207.985.4488
amy@mcgarrylawoffices.com