UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 vs. James W. Booth

DOCKET NO: 2:24-cv-00164-JAW

# Joint Exhibit List

| Joint Exh No. | Agree to Admit | Party Contesting | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1. | x | | Warranty Deed of Hobson and Andrea Jandebeur dated July 16, 2007, conveying the subject property to the Defendant | | 10/31/2025 | 10/31/2025 | 10/31/2025 |
| 2. | | Booth | Affidavit of Lost Note with Copy of Promissory Note executed by James W. Booth on July 16, 2007 | x | 10/31/2025 | 10/31/2025 | 10/31/2025 11/25/2025 |
| 3. | x | | Certified copy of recorded Mortgage Deed of the subject property executed by James W. Booth on July 16, 2007, to SunTrust Mortgage, Inc., and to Mortgage Electronic Registration Systems ("MERS"), as nominee for SunTrust Mortgage, Inc. | | 10/31/2025 | 10/31/2025 | 10/31/2025 |
| 4. | x | | Certified copy of the re-recorded Mortgage Deed of the subject property executed by James W. Booth on July 16, 2007, to SunTrust Mortgage, Inc., and to Mortgage Electronic Registration Systems ("MERS"), as nominee for SunTrust Mortgage, Inc. | | 10/31/2025 | 10/31/2025 | 10/31/2025 |
| 5. | x | | Certified copy of recorded Assignment of Mortgage by MERS to Litton Loan Servicing, LP dated March 17, 2009 | | 10/31/2025 | 10/31/2025 | 10/31/2025 |
| 6. | x | | Litton Loan Modification Agreement dated August 18, 2010 | | 10/31/2025 | 10/31/2025 | 10/31/2025 |
| 7. | x | | Certified copy of recorded Assignment of Mortgage by Litton Loan Servicing, LP, to Green Tree Servicing, LLC dated November 14, 2012 | | 10/31/2025 | 10/31/2025 | 10/31/2025 |
| 8. | | Booth | 2013 Complaint of Foreclosure | x | 10/31/2025 | 10/31/2025 | 10/31/2025 |
| 9. | | Booth | 2013 Answer to Complaint | x | 10/31/2025 | 10/31/2025 | 10/31/2025 |
| 10. | x | | Certified copy of recorded Home Affordable Modification Agreement dated August 18, 2014, by Defendant with Green Tree Servicing, LLC | | 10/31/2025 | 10/31/2025 | 10/31/2025 |
| 11. | x | | Certified copy of Assignment of Mortgage Green Tree Servicing, LLC to Federal National Mortgage Association ("Fannie Mae") dated March 2, 2015 | | 10/31/2025 | 10/31/2025 | 10/31/2025 |
| 12. | | Booth | Mortgage Loan Purchase and Sale Agreement with Mortgage Loan Schedule | x | 10/31/2025 | 10/31/2025 | 10/31/2025 11/25/2025 |

| # | x | | Description | x | Date 1 | Date 2 | Date 3 |
|---|---|---|---|---|---|---|---|
| 13. | x | | Certified copy of Assignment of Mortgage by Fannie Mae to Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 dated March 2, 2015, executed by Fannie Mae by and through its attorney in fact, Orion Financial Group, Inc | | 10/31/2025 | 10/31/2025 | 10/31/2025 |
| 14. | x | | Certified copy of recorded Limited Power of Attorney by Fannie Mae to Orion Financial Group, Inc | | 10/31/2025 | 10/31/2025 | 10/31/2025 |
| 15. | x | | Fay Servicing Welcome Package | | 10/31/2025 | 10/31/2025 | 10/31/2025 |
| 16. | x | | Fay Servicing Mortgage Statements | | 10/31/2025 11/25/2025 | | |
| 17. | | | Bill of Sale from Fannie to the Trust | x | 10/31/2025 | 10/31/2025 | 10/31/2025 |
| 18. | x | | Certified copy of recorded Quitclaim Assignment of Mortgage by SunTrust Mortgage, Inc., to Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 dated July 13, 2017 | | 10/31/2025 | 10/31/2025 | 10/31/2025 |
| 19. | x | | 2017 Notice in Compliance with 14 M.R.S. § 6111 | | 11/25/2025 | 11/25/2025 | 11/25/2025 |
| 20. | | Booth | 2017 Complaint of Foreclosure | x | 10/31/2025 | 10/31/2025 | 10/31/2025 |
| 21. | | Booth | 2017 Answer to Complaint | x | 10/31/2025 | 10/31/2025 | 10/31/2025 |
| 22. | | Booth | Email Correspondence with Amy McGarry, Esq. | x | | | |
| 23. | x | Booth | 2024 Notice in Compliance with 14 M.R.S. § 6111 | x | 10/31/2025 | 10/31/2025 | 10/31/2025 11/25/2025 |
| 24. | x | | Affidavit of Commencement | | 10/31/2025 | 10/31/2025 | 10/31/2025 |
| 25. | x | | Defendant's Answer and Affirmative Defenses | | 10/31/2025 | 10/31/2025 | 10/31/2025 |
| 26. | x | | Final Mediator's Report from Maine Foreclosure Diversion Program dated December 5, 2024 | | 10/31/2025 | 10/31/2025 | 10/31/2025 |
| 27. | x | | Defendant's Response to Request for Admissions | | 10/31/2025 | 10/31/2025 | 10/31/2025 |
| 28. | x | | Defendant's Response to Request for Production of Documents | | 10/31/2025 | 10/31/2025 | 10/31/2025 |
| 29. | x | | Defendant's Answers to Interrogatories | | 10/31/2025 | 10/31/2025 | 10/31/2025 |
| 30. | x | | Notice of Video Deposition of The Corporate Designee Witness of Counter-Defendant Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2014-2 | | | | |
| 31. | x | | Excerpts from the Depositions of the Michael Paterno | | | | |
| 32. | x | | Excerpts from the Depositions of James Booth | | 10/31/2025 | 10/31/2025 | 10/31/2025 |
| 33. | | Booth | Judgment Figures/Payment History | x | 10/31/2025 | 10/31/2025 | 10/31/2025 11/25/2025 |
| 34. | x | | Inspection Reports | | 10/31/2025 | 10/31/2025 | 10/31/2025 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 35. | x | | **Military Status Report** | | 10/31/2025 | 10/31/2025 | 10/31/2025 |
| 36. | | | Collateral file- copy *subject to further review/objection | X | 11/25/2025 | 11/25/2025 | 11/25/2025 |
| 37 | | | Declaration of Fannie Mae | X | 11/25/2025 | | |
| Def #1 | | | Demonstrative | X | 11/25/2025 | 11/25/2025 | 11/25/2025 |
| Def #2 | | | Ditech bank statement | | 11/25/2025 | 11/25/2025 | 11/25/2025 |
| Def #3 | | | Ditech bank statement | | 11/25/2025 | 11/25/2025 | 11/25/2025 |
| Def #4 | | | Ditech bank statement | | 11/25/2025 | 11/25/2025 | 11/25/2025 |
| Def #5 | | | Ditech bank statement | | 11/25/2025 | 11/25/2025 | 11/25/2025 |