UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2** | CIVIL ACTION NO: 2:24-cv-00164-JAW |
| **Plaintiff** | **CONSENT MOTION TO EXTEND TIME** |
| vs. | RE:<br>638 Alfred Road, Arundel, ME 04046 |
| **James W. Booth** | Mortgage:<br>July 16, 2007<br>Book 15210, Page 372, Re-recorded in Book 15485 Page 224 |
| **Defendant** | |

NOW COMES the Plaintiff, Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2, by and through the undersigned counsel, and hereby respectfully requests and moves for this Honorable Court to extend the deadline for filing Post Trial Briefing by two weeks for each deadline: For the Plaintiff's Brief January 23, 2026; Defendant Response Post Trial Brief due by February 6, 2026; Plaintiff Reply Post Trial Brief due by February 20, 2026.

Counsel for the Defendant consents to this extension.

WHEREFORE based on the foregoing, the Plaintiff respectfully requests that this Honorable Court grant an extension for filing Post Trial Briefs as set forth above.

Respectfully Submitted,

1

|  |  |
|---|---|
| Dated:  January 7, 2026 | /s/Reneau J. Longoria, Esq. |
|  | Reneau J. Longoria, Esq. Bar No. 005746 |
|  | Attorney for Plaintiff |
|  | Doonan, Graves & Longoria, LLC |
|  | 100 Cummings Center, Suite 303C |
|  | Beverly, MA 01915 |
|  | (978) 921-2670 |
|  | RJL@dgandl.com |

## CERTIFICATE OF SERVICE

      I, Reneau J. Longoria, Esq., hereby certify that on January 7, 2026, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

<u>/s/Reneau J. Longoria, Esq.</u>
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

John Z. Steed, Esq.
Island Justice Law
40 School St.
P.O. Box 771
Stonington, ME 04681

3