## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| Wilmington Trust, National Association, not in its individual capacity, but solely as Trustee MFRA Trust 2014-2 | CIVIL ACTION NO: 2:24-cv-00164-JAW |
| **Plaintiff** | |
| vs. | RE:<br>638 Alfred Road, Arundel, ME 04046 |
| James W. Booth | Mortgage:<br>July 16, 2007<br>Book 15210, Page 372, Re-Recorded<br>Book 15485, Page 224<br>York County, Maine, Registry of Deeds |
| **Defendant** | |

## DEFENDANTS MOTION FOR LEAVE TO FILE A BRIEF SUR-REPLY TO PLAINTIFFS REPLY TO POST-TRIAL BRIEF

Defendant James W. Booth respectfully moves for leave to file a brief (2-page) sur-reply to Plaintiff's Reply to Post-Trial Brief (ECF 72). Plaintiff's Reply characterizes Defendant's failure to address *U.S. Bank Trust Nat'l Ass'n v. Murray*, 2025 WL 1071655 (D. Mass. Feb. 27, 2025), as "inexcusable." ECF 72 at 2. Defendant submits that *Murray* is plainly distinguishable — it hinged on the would-be successor being empowered as the express agent of the party who lost the note, facts not present here — and respectfully requests the opportunity to address it briefly. The proposed sur-reply is attached hereto as Exhibit A.

DATED: February 20, 2026                        Respectfully submitted,

/s/      John Z. Steed
John Z. Steed, Bar #5399
Island Justice Law, LLC
P.O. Box 771
Stonington, ME 04681
(207) 200-7077
john@islandjusticelaw.com
Attorney for Defendant James Booth